FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 28 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

District of Utah

ALSCO INC., a Nevada corporation,
*Plaintiff*
v.
NATIONAL LINEN AND UNIFORM SERVICE LLC, a Georgia limited liability company; PLEASANTDALE HOLDINGS LLC, a Georgia limited liability company; MICHAEL R. KELLY, an individual; D. NICHOLAS SPRIGGS II, an individual,
*Defendant*

Civil Action No. 2:11-cv-00318-TC

**2:19-MS-38**

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/30/2013 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 5/15/2019

**D. MARK JONES**
*CLERK OF COURT*

Nancy [signature]

*(By) Deputy Clerk*

2:19-MS-38

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 28 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

2013 MAY 30 A 6:56

I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District court for the District of Utah.
# of pages 02
Date: 05/15/2019
D. MARK JONES, Clerk
By: Deputy Clerk

Peter W. Billings (0330)
Robert G. Crockett (12067)
Clint R. Hansen (12108)
FABIAN & CLENDENIN,
A Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Fax: (801) 596-2814
pbillings@fabianlaw.com
rcrockett@fabianlaw.com
chansen@fabianlaw.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ALSCO INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LINEN AND UNIFORM SERVICE LLC, a Georgia limited liability company; PLEASANTDALE HOLDINGS LLC, a Georgia limited liability company; MICHAEL R. KELLY, an individual; D. NICHOLAS SPRIGGS II, an individual,<br><br>Defendants. | **DEFAULT JUDGMENT**<br><br>Civil No. 2:11-cv-00318-~~BCW~~ TC<br><br>~~Magistrate Judge Brooke C. Wells~~ |

Plaintiff's Motion for Entry of Default Judgment as against Defendants Michael R. Kelly and D. Nicholas Spriggs, II (the "Defendants"), is before the Court for Decision. The Court finds that Defendants were properly served with process in this case; that the case was stayed to permit settlement negotiations to proceed; that the parties entered into an Abeyance and Settlement Agreement (the "Agreement"); that Defendants breached the terms of the Agreement;

that notice was properly given to Defendants of the deadline to file an answer to the Amended Complaint on file in this action; that Defendants have failed to answer or otherwise plead; and that the time for response has expired. The Court finds that Plaintiff is entitled to entry of Default Judgment against Defendants, consistent with the prayer for relief in the Amended Complaint, and is entitled to an award of attorneys' fees and costs as provided in the Agreement.

Based upon the foregoing,

**IT IS HEREBY ORDERED** that Plaintiff is hereby awarded judgment against Defendants Michael R. Kelly and D. Nicholas Spriggs, II, jointly and severally, in the principal amount of $80,963.57, together with interest at the judgment rate, until paid in full; and it is further

**ORDERED** that Plaintiff is hereby awarded its attorneys fees and costs incurred in connection with this action in the amount of $9,759.37, together with costs in the amount of $596.33, for a total of $10,355.70; and it is further

**ORDERED** that Plaintiff is entitled to a further award of attorneys' fees and costs incurred in collecting this judgment, as may be established by supplemental affidavit, after notice and hearing.

**DONE** this 29 day of ~~April~~ May, 2013.

**BY THE COURT:**

[signature]